B6C (Official Form 6C) (04/10)

In re **Larry Dwain Hayes and Linda Jean Hayes,**　　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box) $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash | Ala. Code § 6-10-6 | $200.00 | $200.00 |
| Checking Account at Alabama Credit Union | Ala. Code § 6-10-6 | $250.00 | $250.00 |
| Savings Account at Alabama Credit Union | Ala. Code § 6-10-6 | $100.00 | $100.00 |
| Savings Account at Alabama One Credit Union | Ala. Code § 6-10-6 | $50.00 | $50.00 |
| Table & chairs, couch, coffee table, 2 end tables, rocker, TV, china cabinet, curio, bedroom suite, TV, bed, washer, dryer, laptop computer | Ala. Code § 6-10-6 | $3,000.00 | $3,000.00 |
| Prints | Ala. Code § 6-10-6 | $100.00 | $100.00 |
| Normal miscellaneous clothing | Ala. Code § 6-10-6 | Total Allowable Value | $200.00 |
| Costume jewelry | Ala. Code § 6-10-6 | $300.00 | $300.00 |
| .22 rifle, 12 ga shotgun | Ala. Code § 6-10-6 | $200.00 | $200.00 |

*\* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Case 13-70335-CMS7    Doc 6    Filed 02/19/13    Entered 02/19/13 14:49:37    Desc Main
Document      Page 1 of 1