B 6D (Official Form 6D) (12/07)

In re  Larry Dwain Hayes and Linda Jean Hayes                    ,    Case No. _____
                                    Debtor                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Alabama One Credit Union <br> 1215 Veterans Memorial Parkway <br> Tuscaloosa, AL 35404 | | J | Security Agreement <br><br> 2005 Ford Explorer <br><br> VALUE $  $6,650.00 | | | | $8,100.00 | $1,450.00 |
| ACCOUNT NO. <br> One Main Financial <br> 1911 Skyland Blvd. E. <br> Tuscaloosa, AL 35405 | | J | Security Agreement <br><br> 1999 Ford F150 <br><br> VALUE $  $3,800.00 | | | X | $6,000.00 | $2,200.00 |

  0  continuation sheets attached

Subtotal ► (Total of this page)                    $  14,100.00    $  3,650.00

Total ► (Use only on last page)                    $  14,100.00    $  3,650.00

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)