In re **Larry Dwain Hayes and Linda Jean Hayes** _____ , Case No. _____
<br>Debtor                             (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    **5-32** <br><br> **Alabama One Credit Union c/o Key, Greer, harrison & Casey P O Box 360345 Birmingham, AL 35236** | | J | **Second Mortgage on Property Foreclosed on by First Mortgage Holder** | | X | | $34,721.20 |
| **ACCOUNT NO.**    **3248** <br><br> **Alabama One Credit Union 1215 Veterans Memorial Pkwy Tuscaloosa, AL 35404** | | J | 10/2012 <br><br> **Credit Card** | | X | | $4,981.96 |
| **ACCOUNT NO.** <br><br> **Bank of America c/o William S. McFadden McFaddon, Lyon & Rouse, LLC 718 Downtowner Blvd Mobile, AL 36609** | | J | 03/2001 <br><br> **Potential Deficiency Claim Arising out of Mortgage Foreclosure** | | X | | $10.00 |
| | | | | | | Subtotal▶   $ | 39,713.16 |

**0** continuation sheets attached

                     Total▶   $    **39,713.16**
<br>(Use only on last page of the completed Schedule F.)
<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)