B6I (Official Form 6I) (12/07)

In re   Larry Dwain Hayes and Linda Jean Hayes,                          Case No. _____
           Debtor                                                                                    (if known)

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|---|
| Married | RELATIONSHIP(S): | N/A | AGES(S): | N/A |
| **Employment:** | DEBTOR | | SPOUSE | |
| Occupation | Unemployed | | Retired | |
| Name of Employer | | | | |
| How long employed | | | | |
| Address of Employer | ***Debtor employer state RMC[COUNTER]*** | | ***Spouse employer state RMC[COUNTER]*** | |

|  | INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. | Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
|    | a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    | b. Insurance | $ 0.00 | $ 0.00 |
|    | c. Union dues | $ 0.00 | $ 0.00 |
|    | d. Other (Specify): | $ 0.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ | $ |
| 8. | Income from real property | $ | $ |
| 9. | Interest and dividends | $ | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. | Social security or government assistance (Specify): | | |

| Description | Debtor's Amount | Spouse's Amount |
|---|---|---|
| Social Security | $1,552.00 | $0.00 |
| Social Security | $0.00 | $776.00 |

|  |  | DEBTOR | SPOUSE |
|---|---|---|---|
|  |  | $ 1,552.00 | $ 776.00 |
| 12. | Pension or retirement income | $ | $ 530.03 |
| 13. | Other monthly income (Specify): Unemployment | $ 1,147.45 | $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,699.45 | $ 1,306.03 |

B6I (Official Form 6I) (12/07)

In re  Larry Dwain Hayes and Linda Jean Hayes,          Case No. _____
          Debtor                                                                        (if known)

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| | | |
|---|---|---|
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 2,699.45 | $ 1,306.03 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (combine column totals from line 15) | $ 4,005.48 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

   **None.**