B 6J (Official Form 6J) (12/07)

In re  **Larry Dwain Hayes and Linda Jean Hayes,**                    Case No. _____
                                    Debtor                                                                                  (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. | Rent or home mortgage payment (include lot rented for mobile home) | $1,000.00 |
| | a.  Are real estate taxes included?  Yes _____  No  X   | |
| | b.  Is property insurance included?  Yes _____  No  X   | |
| 2. | Utilities:  a.  Electricity and heating fuel | $200.00 |
| | b.  Water and sewer | $50.00 |
| | c.  Telephone | $165.00 |
| | d.  Other: Cell Phones. | $250.00 |
| 3. | Home maintenance (repairs and upkeep) | |
| 4. | Food | $650.00 |
| 5. | Clothing | $10.00 |
| 6. | Laundry and dry cleaning | $25.00 |
| 7. | Medical and dental expenses | $0.00 |
| 8. | Transportation (not including car payments) | $433.00 |
| 9. | Recreation, clubs and entertainment, newspapers, magazines, etc. | $0.00 |
| 10. | Charitable contributions | $0.00 |
| 11. | Insurance (not deducted from wages or included in home mortgage payments) | |
| | a.  Homeowner's or renter's | $40.00 |
| | b.  Life | $9.83 |
| | c.  Health | $522.21 |
| | d.  Auto | $100.00 |
| | e.  Other _____ | $ |
| 12. | Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ |
| 13. | Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| | a.  Auto | $365.00 |
| | b.  Other: Auto Payment. | $185.00 |
| 14. | Alimony, maintenance, and support paid to others | $0.00 |
| 15. | Payments for support of additional dependents not living at your home | $0.00 |
| 16. | Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| 17. | Other _____ | $ |
| 18. | AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $        4,005.04 |
| 19. | Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: None. | |
| 20. | STATEMENT OF MONTHLY NET INCOME | |
| | a.  Average monthly income from Line 15 of Schedule I | $        4,005.48 |
| | b.  Average monthly expenses from Line 18 above | $        4,005.04 |
| | c.  Monthly net income (a. minus b.) | $               0.44 |