| | Part VIII: VERIFICATION |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)*<br><br>Date: 2/15/13          Signature: *Larry Dwain Hayes*<br>                                                                *(Debtor)*<br><br>Date: 2/15/13          Signature: *Linda Jean Hayes*<br>                                                                *(Joint Debtor, if any)* |

# Attachment

**Attachment 1: Other Income**

> **Description: Social Security**
> **Amount: $776.00**